THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAD NORMAN, | CASE NO. C20-1250-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRAVELERS INDEMNITY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the parties' stipulated motion to continue the trial date and reset case scheduling deadlines. The Court FINDS good cause and GRANTS the parties' motion (Dkt. No. 11). It is hereby ORDERED that the case schedule is VACATED; the Court ADOPTS the following case schedule:

| EVENT | DEADLINE |
|---|---|
| Expert disclosures | May 9, 2022 |
| Discovery cutoff | June 29, 2022 |
| Deadline for dispositive motions and challenging expert testimony | July 8, 2022 |
| Motions in limine noted for decision | September 30, 2022 |
| Joint proposed pretrial order | September 9, 2022 |

MINUTE ORDER
C20-1250-JCC
PAGE - 1

| Trial briefs, proposed voir dire, jury instructions, deposition designations, and exhibit list | October 3, 2022 |
|---|---|
| Trial date | October 11, 2022 |

DATED this 18th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk