THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAD NORMAN, | CASE NO. C20-1250-JCC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| TRAVELERS INDEMNITY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the parties' stipulated motion for partial dismissal with prejudice (Dkt. No. 14). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows the plaintiff to dismiss claims *without* a court order by filing "a stipulation of dismissal signed by all parties who have appeared." A court order is not required, and the parties should not seek one in the future when stipulating to dismiss claims.

Nonetheless, the Court hereby GRANTS the parties' stipulated motion (Dkt. No. 14). In accordance with the parties' stipulation, the claims recited in the parties' proposed order (Dkt. No. 14 at 3) are DISMISSED with prejudice.

//

//

MINUTE ORDER
C20-1250-JCC
PAGE - 1

1     DATED this 3rd day of November 2021.

2                                   <u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski    </u>
Deputy Clerk