The Honorable Lauren King

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAD NORMAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE TRAVELERS INDEMNITY COMPANY, a foreign insurer doing business as "TRAVELERS" in the State of Washington,<br><br>        Defendant. | NO. 2:20-CV-01250-JCC<br><br>DEFENDANT'S EXPERT DISCLOSURE |

Pursuant to FRCP 26(a)(2) and in accordance with the Court's November 4, 2021 Order, Defendant makes the following disclosure of expert witnesses.

**I.  26(a)(2)(B) EXPERTS RETAINED TO PROVIDE TESTIMONY**

1. Howard Lloyd, Psy.D.
   C/O Physician Direct Services
   406 Yauger Way, Suite A
   Olympia, WA  98502
   (360) 867-4188

DEFENDANT'S EXPERT DISCLOSURE - 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1883479/050922 1153/7718-0117

Dr. Lloyd, a Neuropsychologist, may be called to testify about his findings and opinions regarding Plaintiff's claimed injuries. Dr. Lloyd's opinions and findings regarding Brad Norman are in his report which is attached as **Exhibit A**.

    (a)    <u>Qualifications</u>: See Dr. Lloyd's curriculum vitae attached as **Exhibit B**.

    (b)    <u>Testimony</u>: Dr. Lloyd has not provided expert testimony in the last four years.

    (c)    <u>Compensation to be paid</u>: Dr. Lloyd's billing rate is outlined in his rate schedule, attached as **Exhibit C**.

    (d)    <u>Data considered</u>: In preparation for Dr. Lloyd's trial testimony, he has been provided with copies, or has reviewed copies, of the medical records of Brad Norman, the police report, raw data of neuropsychological testing of Brad Norman conducted by Martha Glisky, Ph.D., discovery responses and deposition transcripts.

    2.    Bradley Probst, MSBME
           C/O ARCCA
           3455 Thorndyke Avenue West, Suite 206
           Seattle, WA  98119
           (888) 731-3749

Mr. Probst, a biomechanical expert, may be called to testify about his findings and opinions regarding Plaintiff's claimed injuries. Mr. Probst's opinions and findings regarding Brad Norman are in his report which is attached as **Exhibit D**.

    (a)    <u>Qualifications</u>: See Mr. Probst's curriculum vitae attached as **Exhibit E**.

    (b)    <u>Testimony</u>: See Mr. Probst's list of cases attached as **Exhibit F**.

    (c)    <u>Compensation to be paid</u>: Mr. Probst's billing rates are $425/hour for testimony and $375/hour for analysis and travel.

    (d)    <u>Data considered</u>: In preparation for Mr. Probst's trial testimony, he has been provided with copies, or has reviewed copies, of the medical records of Brad Norman, the police report, discovery responses and deposition transcripts.

DEFENDANT'S EXPERT DISCLOSURE - 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1883479/050922 1153/7718-0117

1    DATED this 9th day of May 2022.

BETTS, PATTERSON & MINES P.S.

By *S. Karen Bamberger*
S. Karen Bamberger, WSBA #18478
Attorneys for Defendant

DEFENDANT'S EXPERT DISCLOSURE - 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1883479/050922 1153/7718-0117

**CERTIFICATE OF SERVICE**

I, Sharon Damon, hereby certify that on May 9, 2022, I caused to be served upon counsel of record the foregoing Defendant's Expert Disclosure via email:

> ***Counsel for Plaintiffs***
> David LaCross
> LACROSS & MURPHY PLLC
> 559 Bay Street
> Port Orchard, WA 98266
> fdlacross@gmail.com
>
> Sunshine M. Bradshaw
> WARRIOR WOMAN LAW, PLLC
> 569 Division Street, Suite D
> Port Orchard, WA 98366
> sunshine@warriorwomanlaw.com

DATED this 9th day of May, 2022.

> */s Sharon Damon*
> Sharon Damon, Legal Assistant
> sdamon@bpmlaw.com

DEFENDANT'S EXPERT DISCLOSURE - 4 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1883479/050922 1153/7718-0117