


# DEPARTMENT OF THE INTERIOR
# INVESTIGATOR'S TRAFFIC CRASH REPORT

Investigated at the scene:  ☒ Yes  ☐ No
Hit and run?  ☐ Yes  ☒ No  ☐ Unknown
Non-motor-vehicle property damage:  ☐ Yes  ☒ No  Amount: Over $1000

| Number of Vehicles | Organization | | | | Park Alpha |
|---|---|---|---|---|---|
| 2 | | | | | |
| Crash Date | Day of Week | Military Time | GPS Latitude | | GPS Longitude |
| 02/03/2017 | Friday | 16:52 | | | |
| City | | State | | County | |
| PORT ANGELES | | Washington | | CLALLAM | |
| Crash occurred on | | | Related Intersection | | |
| HIGHWAY 101 | | | At | | |
| Source of Information | | | | Officer Signature | |
| Officer Badge | Officer Name | | | Report Date | |
| #950 | WRAY, BRIAN | | | 02/06/2017 | Approving Official Signature |
| Official Badge # | Approving Official Name | | | Signature Date | |

## Base Information

| First Harmful Event | | | Location of First Harmful Event |
|---|---|---|---|
| Collision with person, MV or non-fixed object: Motor vehicle in transport | | | 01. On roadway |
| Weather | Roadway condition | Lighting | School Bus Related |
| 03. Snowing | 03. Snow; 05. Ice/frost | 01. Daylight | 01. No |
| Road Circumstances | | | Work Zone Related |
| 02. Road surface condition (wet, icy, snow, slush, etc.) | | | 02. No |
| Environmental Circumstances | | | Work Zone Workers Present |
| 02. Weather | | | 03. Not applicable |
| Work Zone Location | Type of Intersection | | Law Enf. Present at Work Zone |
| 01. Not applicable | 01. Not an intersection | | 04. Not applicable |
| Manner of Collision | Relation to Junction | | |
| 08. Other | 01. Non-junction | | |

Remarks

## Witnesses

| Name | Gender | Date of Birth | Other Phone Number | Other Phone Number |
|---|---|---|---|---|
| ERIC M WEIKAL | Male | | | |
| Street Address | | City | State | ZIP Code |
| Name | Gender | Date of Birth | Other Phone Number | Other Phone Number |
| Street Address | | City | State | ZIP Code |

## Driver

| Field | Value |
|---|---|
| Name | LINDA D HUARD-HOFFMAN |
| Gender | Female |
| Date of Birth | [redacted] |
| Street Address | [redacted] |
| Mailing Address | [redacted] |
| City | FORKS |
| State | Washington |
| ZIP Code | 98331 |
| Home Phone Number | [redacted] |
| Other Phone Number | |
| Driver's License Number | [redacted] |
| State | Nevada |
| Status | Clear |
| Restrictions | |
| Class | |
| CDL Endorsement | |
| No. of Vehicle Occupants | 1 |
| Posted Speed | 12. 60 mph |
| Injury Status | 01. No injury |
| Air Bag Deployed | 05. Deployed: combination |
| Ejection | 01. Not ejected |
| Injured Transported By | 01. Not transported |
| Safety Equipment Used | 02. Shoulder and lap belt used |

## Vehicle

| Field | Value |
|---|---|
| Owner | |
| Owner Address | |
| City | |
| State | |
| ZIP Code | |
| Make | JEEP |
| Model | LIBERTY |
| Year | 2012 |
| Color | Silver/Aluminum |
| Lic. Expir. Date | |
| Vehicle Identification Number | |
| License Plate No. | ASF5386 |
| State | Washington |
| Initial Impact Point | 02. Clock point 2 |
| Most Damaged Area | 02. Clock point 2 |
| Direction of Travel Prior to Crash | 04. Westbound |
| Extent of Damage | 04. Disabling |
| Insurance Verified | Yes |
| Company | STATE FARM |
| Policy Number | [redacted] |
| Vehicle Towed | Yes |
| Towed By | EVERGREEN TOWING |
| Towed To | EVERGREEN TOWING |
| Driver's actions | 09. Drove too fast for conditions |
| Driver's condition | 01. Apparently normal |
| Driver's distraction | 07. Unknown if distracted |
| Charges Issued | |
| Suspect Alcohol | 01. No |
| Alcohol Test Type | 1. No test performed |
| Alcohol Test Result | |
| Suspect Drugs | 01. No |
| Drug Test Type | 1. No test performed |
| First Accident Event | Collision with person, MV or non-fixed object: Motor vehicle in transport |
| Second Accident Event | Collision with fixed object: Ditch |
| Third Accident Event | |
| Fourth Accident Event | |
| Most Harmful Event | 21. Motor vehicle in transport |
| Motor Vehicle Unit Type | 01. Motor vehicle in transport |
| Vehicle Owner | 01. Same as driver |
| Vehicle Type | 02. Sport utility vehicle |
| Non-commercial Trailer Style | 01. No trailer |
| Emerg. Veh. Use | No |
| Emerg. Equip. Activ. | No |
| Special Function of MV in Transport | 01. None |
| Motor Vehicle Contributing Circumstances | 01. None |
| Vehicle/Maneuver Action Prior to Crash | 01. Straight ahead |
| Road Surface | 02. Asphalt |
| Grade | 03. Uphill |
| Roadway Alignment | 01. Straight |
| No. Lanes | L03 |
| Traf. Ctrl. Working Prop. | 03. Not applicable |
| Traffic Control | 01. None |
| Roadway Description | 01. Two-way-undivided |

## Occupants