# EVERGREEN COLLISION CENTER-SEQUIM

Quality Repair At Competitive Prices
703 E WASHINGTON STREET, SEQUIM, WA 98382
Phone: (360) 683-1128

| | |
|---|---|
| Workfile ID: | 5f94b85d |
| Federal ID: | 91-1700190 |
| Resale Number: | 601328129 |
| License Number: | 27880 |

## Estimate of Record

**Customer: NORMAN, BRAD**

Written By: Aaron Forrest, 2/21/2017 9:07:06 AM
Adjuster: Loetz, Kris, (844) 292-8615 x343 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | Insured, State Farm | Policy #: | | Claim #: | 28-0781-3N102 |
| Type of Loss: | Liability | Date of Loss: | 2/3/2017 4:00 PM | Days to Repair: | 0 |
| Point of Impact: | 11 Left Front | | | | |

**Owner:**
NORMAN, BRAD

**Inspection Location:**
RESIDENCE - BRAD NORMAN

Other

**Insurance Company:**
STATE FARM INSURANCE COMPANIES

## VEHICLE

1989 CHEV 3/4 Ton Pickup Fleetside HD 131.5" WB 2D P/U 8-5.7L Gasoline silver

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIN: | 1GCGC24KXKE244838 | Interior Color: | | Mileage In: | 108,349 | Vehicle Out: | |
| License: | C38427A | Exterior Color: | silver | Mileage Out: | | | |
| State: | WA | Production Date: | 5/1989 | Condition: | | Job #: | |

| TRANSMISSION | BRAKES | FM Radio | Trailer Hitch |
|---|---|---|---|
| Automatic Transmission | Power Brakes | Stereo | **PICKUP/VAN EQUIPMENT** |
| **SEATS** | Anti-Lock Brakes (4) | Cassette | Rear Step Bumper |
| Vinyl Seats | **WHEELS** | **INTERIOR** | Sliding Rear Window |
| **STEERING** | Styled Steel Wheels | Intermittent Wipers | Trailering Package |
| Power Steering | **RADIO** | **EXTERIOR** | **PAINT** |
| Tilt Wheel | AM Radio | Dual Mirrors | Clear Coat Paint |

**Estimate of Record**

**Customer: NORMAN, BRAD**

1989 CHEV 3/4 Ton Pickup Fleetside HD 131.5" WB 2D P/U 8-5.7L Gasoline silver

| Line | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|
| 1 | # | OBVIOUS TOTAL LOSS | | 1 | 0.00 | 0.0 | 0.0 |
| | | Note: This is not an estimate. This document is necessary to attach the Vehicle Inspection Report to the claim file. Pleae see Vehicle Inspection Report and subequent photos for damage description. | | | | | |
| | | | SUBTOTALS | | 0.00 | 0.0 | 0.0 |

**ESTIMATE TOTALS**

| Category | Basis | Rate | Cost $ |
|---|---|---|---|
| Parts | | | 0.00 |
| **Grand Total** | | | **0.00** |
| Deductible | | | 0.00 |
| **CUSTOMER PAY** | | | **0.00** |

Register online to check the status of your claim and stay connected with State Farm®. To register, go to  http://www.statefarm.com/ and select Check the Status of a Claim.  If you are already registered, thank you!

CUSTOMER GUARANTEE FROM EVERGREEN COLLISION CENTER
703 W. WASHINGTON STREET SEQUIM, WA. 98382
360-683-1128

WARRANTY FOR WORK PERFORMED ON ABOVE VEHICLE FOR WORKMANSHIP AND MATERIALS DURING YOUR OWNERSHIP OF VEHICLE IDENIFIED ON ESTIMATE ABOVE.
THIS GUARANTEE APPLIES TO SHOP NAMED ABOVE.

IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES, AND DENIAL OF INSURANCE BENEFITS.

**Estimate of Record**

## Customer: NORMAN, BRAD

1989 CHEV 3/4 Ton Pickup Fleetside HD 131.5" WB 2D P/U 8-5.7L Gasoline silver

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide DO1GH88, CCC Data Date 2/14/2017, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer. OEM parts are available at OE/Vehicle dealerships. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships. OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount. OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2017 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.