CC WOM OLYMPIC MEDICAL HOSPITAL     Norman, Bradley
939 Caroline Street
Port Angeles WA 98362

## Patient Demographics

| Name | Patient ID | SSN | Legal Sex | Birth Date |
|---|---|---|---|---|
| Norman, Bradley | | xxx-xx-xxxx | Male | |

| Address | Phone | Email | Employer |
|---|---|---|---|
| | | | OTHER-SELF EMPLOYED |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| ELAPSED | Connie M Walker, PA-C 360-565-0999 | 04/15/18 | 07/14/18 |

## ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 2/14/2017 9:02 | Less Urgent | Walk-in | Self | Emergency Medicine | Emergency |

**Arrival Complaint**
Neck and back pain post MVA

## Chief Complaint

| Complaint | Comment |
|---|---|
| **Neck Pain [160423]** | |
| **Back Pain [12]** | |
| **Motor Vehicle Crash [160395]** | |

## Diagnosis

| Diagnosis | Comment |
|---|---|
| **Post concussion syndrome** | |

## ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 02/14/17 0902 | Patient arrived in ED | BLEVINS, JOSE J | |
| 02/14/17 0907 | Patient roomed in ED | LAURITZEN, WADE S | To room ED18 |
| 02/14/17 0907 | Triage Started | LAURITZEN, WADE S | |
| 02/14/17 0916 | Triage Completed | LAURITZEN, WADE S | |
| 02/14/17 1108 | Disposition Selected | SCHUTZ, LUSANA | |

## ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| **Lusana Schutz, DO** | Attending Provider | 02/14/17 0910 | -- | 360-417-7724 | |
| **Wade S Lauritzen, RN** | Registered Nurse | 02/14/17 0921 | -- | | |

## Discharge Orders (720h ago, onward)
None

## ED Provider Notes

**ED Provider Notes by Lusana Schutz, DO at 2/14/2017 9:17**

Author: Lusana Schutz, DO         Service: Emergency Medicine         Author Type: Physician
Filed: 2/14/2017 20:56            Date of Service: 2/14/2017 9:17     Creation Time: 2/14/2017 9:17
Status: Signed                    Editor: Lusana Schutz, DO (Physician)

**Olympic Medical Center**
**Emergency Department Encounter Report**

| | |
|---|---|
| CC WOM OLYMPIC MEDICAL HOSPITAL<br>939 Caroline ST<br>Port Angeles WA 98362-3909<br>ED Record Report | Norman, Bradley<br><br>Adm: 2/14/2017, D/C: 2/14/2017 |

## ED Provider Notes (continued)

### ED Provider Notes by Lusana Schutz, DO at 2/14/2017 9:17 (continued)

His imaging reveals no acute injury or abnormality.
He has no pain or limitation or hesitation with full range of motion of the neck, and therefore unlikely a ligamentous injury.
His symptoms of mild headaches and memory problems, are most likely related to a post-concussive syndrome.
He has a normal neuro exam, and I feel that a CVA would be very unlikely to be causing memory problems, given they started after the accident.
He feels reassured with the results, and wants to go home.
He does not have a PMD, but is working on establishing with one.
Referred to the "no doc" on call physician for a 1 time followup, and strict return precautions discussed.
Stable for discharge and outpatient management with close PMD followup.
Strict return precautions discussed.

The treatment plan and assessment were discussed with patient and any accompanying family members. Based on the available clinical information (including history, physical exam, and lab and/or imaging studies), I do not believe the patient needs admission at this time. They have been stable during the course in the ED with improvement in their symptoms. The patient has been advised to return with any worsening or change in condition.

**IMPRESSION:**
1.   Post concussion syndrome


**CONDITION PRIOR TO DISPOSITION:** Stable

**DISPOSITION:** discharge home with primary healthcare practitioner follow up
**Plan**
Tx:
Timothy Guthrie, MD
808 N 5th Ave
Sequim WA 98382-3045
360-683-5900

Schedule an appointment as soon as possible for a visit
WITH THIS PATIENT IF YOU ARE NOT FEELING MUCH BETTER OVER THE NEXT WEEK.

CC WOM EMERGENCY DEPARTMENT
939 Caroline Street
Port Angeles Washington 98362
360-417-7381

As needed, If symptoms worsen


Bradley Norman (or responsible caretaker or family member if present) was given and understood verbal and written customary discharge and follow up instructions for their diagnosis. Return precautions discussed. All questions were answered.

CC WOM OLYMPIC MEDICAL HOSPITAL
939 Caroline ST
Port Angeles WA 98362-3909
ED Record Report

Norman, Bradley

Adm: 2/14/2017, D/C: 2/14/2017

## ED Provider Notes (continued)

### ED Provider Notes by Lusana Schutz, DO at 2/14/2017 9:17 (continued)

There were no other complaints presented to me during this encounter and all questions were answered.

Patient was discharged home in medically stable and improved condition.

**CRITICAL CARE**: 0 min

Electronically signed by:
Lusana Schutz, DO
DATE/TIME: 2/14/2017 20:56

Lusana Schutz, DO
02/14/17 2056

Signed by Lusana Schutz, DO on 2/14/2017 20:56

## ED Notes

### ED Notes by Wade S Lauritzen, RN at 2/14/2017 11:24

Author: Wade S Lauritzen, RN          Service: —                                   Author Type: Registered Nurse
Filed: 2/14/2017 11:24                Date of Service: 2/14/2017 11:24             Creation Time: 2/14/2017 11:24
Status: Signed                        Editor: Wade S Lauritzen, RN (Registered Nurse)

Ok to send pt home, reps reg, gcs 4,5,6=15
No change in presenting complaints. Pt dressed self, amb well

Signed by Wade S Lauritzen, RN on 2/14/2017 11:24

### ED Notes by Wade S Lauritzen, RN at 2/14/2017 9:20

Author: Wade S Lauritzen, RN          Service: —                                   Author Type: Registered Nurse
Filed: 2/14/2017 9:20                 Date of Service: 2/14/2017 9:20              Creation Time: 2/14/2017 9:20
Status: Signed                        Editor: Wade S Lauritzen, RN (Registered Nurse)

Reports lower back pain is positional

Signed by Wade S Lauritzen, RN on 2/14/2017 9:20

## ED Orders (From admission, onward)

| Start | Ordered | | Status | Ordering Provider |
|---|---|---|---|---|
| 02/14/17 | 02/14/17 | **CT Head wo Contrast** 1 TIME IMAGING | Final result | SCHUTZ, LUSANA |

Printed on 6/19/19 1139                                                                                       Page 8

OMC 000025

CC WOM OLYMPIC MEDICAL HOSPITAL  
939 Caroline ST  
Port Angeles WA 98362-3909  
ED Record Report

Norman, Bradley  
Adm: 8/28/2017, D/C: 8/28/2017

## ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 8/28/2017 13:49 | Emergent | Walk-in | Self | Emergency Medicine | Emergency |

**Arrival Complaint**  
Head lac, loc

## Chief Complaint

| Complaint | Comment |
|---|---|
| Head Injury (With Loc) [577] | |
| Head Laceration [160267] | |

## Diagnoses

| Diagnosis | Comment |
|---|---|
| Scalp laceration, initial encounter | |
| Head injury, initial encounter | |

## ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 08/28/17 1349 | Patient arrived in ED | BLEVINS, JOSE J | |
| 08/28/17 1353 | Triage Started | SCHADLER, SARAH E | |
| 08/28/17 1355 | Triage Completed | SCHADLER, SARAH E | |
| 08/28/17 1359 | Patient roomed in ED | SCHADLER, SARAH E | To room TRIAGE2 |
| 08/28/17 1444 | Disposition Selected | BRINGGOLD, BRADLEY A | |

## ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Bradley A Bringgold, MD | Attending Provider | 08/28/17 1405 | -- | 360-417-7724 | |
| Scott C Underwood, RN | Registered Nurse | 08/28/17 1402 | -- | | |

## Discharge Orders (720h ago, onward)

| Start | Ordered | | Status | Ordering User |
|---|---|---|---|---|
| -- | 08/28/17 1356 | **ibuprofen (ADVIL, MOTRIN) 200 mg tablet** ONCE PRN | Ordered | SCHADLER, SARAH E |

## ED Provider Notes

### ED Provider Notes by Bradley A Bringgold, MD at 8/28/2017 14:45

Author: Bradley A Bringgold, MD  
Filed: 8/28/2017 14:52  
Status: Signed  
Service: —  
Date of Service: 8/28/2017 14:45  
Editor: Bradley A Bringgold, MD (Physician)  
Author Type: Physician  
Creation Time: 8/28/2017 14:45  

**OLYMPIC MEDICAL CENTER**  
**EMERGENCYDEPARTMENT ENCOUNTER**

Bradley Norman   8/21/1958   60004987393   Date: 8/28/2017

**TIME SEEN** : 14:00

**CHIEF COMPLAINT**  
Chief Complaint

Printed on 6/19/19 1139                                                                 Page 13

OMC 000030

CC WOM OLYMPIC MEDICAL HOSPITAL
939 Caroline ST
Port Angeles WA 98362-3909
ED Record Report

Norman, Bradley

Adm: 8/28/2017, D/C: 8/28/2017

## ED Provider Notes (continued)

### ED Provider Notes by Bradley A Bringgold, MD at 8/28/2017 14:45 (continued)

Last Set of Vital Signs: Temp: 36.3 °C (97.3 °F) Pulse: 68 Resp: 16 SpO2: 97 % BP: (!) 158/95

### FINAL IMPRESSION
1. Scalp laceration, initial encounter
2. Head injury, initial encounter

### DISPOSITION
patient will continue current medications;
Staple removal recommended in a week;

Followup recommended with a primary care provider or return to the emergency department if symptoms are not improving or additional problems develop;
CC WOM EMERGENCY DEPARTMENT
939 Caroline Street
Port Angeles Washington 98362
360-417-7381

As needed


Electronically signed by:
Bradley A. Bringgold, MD    8/28/2017



Bradley A Bringgold, MD
08/28/17 1452


Signed by Bradley A Bringgold, MD on 8/28/2017 14:52

---

## ED Notes

### ED Notes by Scott C Underwood, RN at 8/28/2017 15:03

Author: Scott C Underwood, RN    Service: —    Author Type: Registered Nurse
Filed: 8/28/2017 15:05    Date of Service: 8/28/2017 15:03    Creation Time: 8/28/2017 15:03
Status: Addendum    Editor: Scott C Underwood, RN (Registered Nurse)
Related Notes: Original Note by Scott C Underwood, RN (Registered Nurse) filed at 8/28/2017 15:03

Dr Bringgold reviewed AVS instructions with the patient. Per Dr Bringgold, pt given opportunity to ask questions and given copy of AVS at time of discharge.

Signed by Scott C Underwood, RN on 8/28/2017 15:03
Signed by Scott C Underwood, RN on 8/28/2017 15:05