Pro Active Chiropractic Clinic PS (TIN#: xx-xx69621)
934 Caroline St
Port Angeles, WA 98362-3910
360-417-1600
October 2, 2017

Patient: Brad E Norman

## Wednesday February 15, 2017  Provider: George Lawrence DC EXAM

Electronically signed by George Lawrence DC on 10/02/2017 at 2:24pm

FRI 70% 02/15/2017
QVAS Neck 40 Low intensity 02/15/2017
QVAS Low Back Pain 40 Low intensity 02/15/2017
QVAS Torso/Spine 37 Low intensity 02/15/2017
QVAS Knee 7 Low intensity 02/15/2017

Date of loss: 02/03/2017
Date first consulted: 02/15/2017
Diagnoses: M99.01 Segmental and somatic dysfunction of cervical region S13.4XXA Sprain of ligaments of cervical spine, initial encounter M99.02 Segmental and somatic dysfunction of thoracic region S23.3XXA Sprain of ligaments of thoracic spine, initial encounter M99.03 Segmental and somatic dysfunction of lumbar region S33.5XXA Sprain of ligaments of lumbar spine, initial encounter S83.8X2A Sprain of other specified parts of left knee, initial encounter S43.402A Unspecified sprain of left shoulder joint, initial encounter V43.52XA Car driver injury in collision with other type car in traffic accident, initial encounter S06.0X0A Concussion without loss of consciousness, initial encounter

02/15/2017
INITIAL EVALUATION:
Brad was involved in a motor vehicle collision on 2/3/17. It was a head-on collision. He was east bound on Highway 101 and the other vehicle was westbound on Highway 101. The other vehicle pulled out to pass a car and hit Brad head-on. Brad was in a full-size pickup truck. He was the driver and he guesstimates his speed at 35 miles per hour. The other vehicle was a mid-sized SUV. There was full daylight. The road was snow-covered with patchy ice. Visibility was good. He was aware the accident was going to happen. He was wearing his seatbelt shoulder harness and there were no airbags in the truck and his headrest was in the high position and he was facing forward and was thrown forward then backwards. His vehicle was totaled. He hit his back rest and his left leg hit the dashboard and he thinks he lost consciousness for a few seconds and immediately following the accident he was dazed and disoriented, but was able to walk unaided and was driven home by a friend. The ambulance did not come to pick him or his passenger up. The next day he had increased pain and stiffness in the head, and neck, mid back, low back, pelvis, left shoulder and left knee. He did not experience lacerations or cuts. He was not taken to the hospital due to the ambulance not coming and picking him up. He did not have any complaints before the accident. He has a high Functional Rating Index (FRI) for neck and mid back and low back pain of 70% and a high Visual Analog Scale (QVAS).

Page 1 of 4

Encounter dated 02/15/2017 for Brad E Norman
DOB: ███████                                Today's date: 10/02/2017

PLAN:
Treatment frequency will be 2 times a week over a 12-week period with treatment goals of decreasing pain and stiffness of the cervical spine, thoracic spine, lumbar spine and increasing joint stability of the cervical spine, thoracic spine, lumbar spine, left shoulder and left knee. He will be reevaluated each time that he comes in.

GEORGE N. LAWRENCE, D.C., C.C.E.P.
GNL/dl

FRI: Functional Rating Index / QVAS: Quadruple Visual Analogue Scale.

Abbreviations:
VAS: Visual Analog Scale

Page 4 of 4

PAC 000029