

**NEUROPSYCHOLOGY AND COGNITIVE HEALTH**

1808 Richards Road, Suite 120
Bellevue, WA 98005
(425) 502-8341

*Confidential Evaluation: This report is not to be released without the written consent of the patient.*

## FOLLOW-UP FORENSIC NEUROPSYCHOLOGICAL EVALUATION

**Client's Name**: Brad Norman
**Age**: 61 years
**Handedness**: Right

**Date of Birth**: ▓▓▓▓▓▓
**Education**: 12 years

**Date of Current Evaluation**: 01/20/2020

**Date of Initial Evaluation**: 09/10/2018

**Date of Loss:** 02/03/2017

**Neuropsychologist**: Martha Glisky, Ph.D., ABPP-Cn

### REASON FOR REFERRAL:

**Referral Question**: Mr. Norman was referred by his attorney, Ms. Sunshine Bradshaw for a follow-up neuropsychological evaluation in relation to a motor vehicle collision (MVC) that occurred on 02/03/2017. Mr. Norman had a previous neuropsychological evaluation with this examiner on 09/10/2018 at the request of his attorney at that time, Mr. Richard McMenamin, from the McMenamin and McMenamin Attorneys at Law.

### BACKGROUND AND HISTORY:

The history was obtained through a follow-up interview with Mr. Norman on 01/20/2020. In addition, his previous evaluation included a client history information questionnaire, an interview with his spouse, and medical records. His previous evaluation was reviewed and the scores from the two evaluations will be compared.

### Precipitating Event and Presenting Concerns (Based on interview):

As per the 2018 evaluation:

> *Mr. Norman indicated that on 02/03/2017 he was the restrained driver of his vehicle traveling east on Highway 101, back from doing some work in Forks, Washington. He reported that he was on a mile-long grade and at the bottom the road turned to the right. Apparently, a car coming the other direction came into*

*his lane. He reported that his memory included a few seconds before the impact, seeing the car in front of him with a split second of disbelief. He remembered briefly thinking that he should not hang onto the wheel too tight. Then it was "lights out." He reported that he blacked out for a short period of time, he is unsure how long, but then recalls feeling instant pain. He had a coworker in his passenger front seat and his next memory of asking the coworker if he was okay. He recalled feeling as if in a "black state of awareness," and he thought he was dead. He "woke up'" and realized he was not dead. It took him a few minutes to think about what to do and he talked to his coworker about making sure that neither move quickly because they may have injuries. He reported that he took about five minutes to get out of his truck and recalls feeling a lot of discomfort but not necessarily pain. He also felt shook up, knowing that he had been through something. He felt that his thinking was "foggy", and he was a little out of it and slower to process information. He was not disoriented in the sense that he knew where he was. When he looks back on it, he realized he did not initially go over to the other car or worry about the other driver, which is very unlike him. After about 10 minutes, others stopped and helped the other driver and he recalled seeing her walking and knowing she was okay. There was snow and ice on the road and later when he examined her car, he realized that her front tires were new, but the back were bald and that it was likely a traction problem for her that caused her to skid.*

*A Ranger car was the first on the scene followed by an emergency medical services truck. It apparently was a busy day and the EMTs briefly checked to make sure they were okay and without examining them left to take other calls.*

*Following the MVC, Mr. Norman noticed immediately that he was not remembering things or thinking clearly. However, he waited somewhere between a few days to one week to seek medical attention. He eventually went to the emergency department and was put through a number of tests including a brain scan. He indicated that this was normal and there was no bleeding. His main concern at that time was that he was not thinking well. He was given a printout indicating that it could be 90 to 180 days for problems to continue. When he continued to experience problems after 90 days he went back, and they told him to wait another 90 days. He saw a chiropractor who referred him to a neurologist due to his continued cognitive concerns. He saw Dr. Rubenstein, who told him that there was not much that could be done, and that he may or may not get better. He said that he could see a speech language pathologist, but he was unsure why since his speech was not problematic.*

## Ongoing Complaints and Symptoms:

Mr. Norman indicated that in general he is "thankful to be here" and appreciates that he has a wonderful wife and that he enjoys work and the guys he works with. However, he followed by stating that he is "dealing with stuff that is a nightmare".

**CONFIDENTIAL**

He reported that he has tried to be patient but has been dealing with his ongoing concerns for three years and feels that he is still battling to try to get back to who he used to be. He reported that he continues to feel frustrated more easily and this leads to him being more "snappy". He indicated that simple things cause him frustration. He gave an example of receiving a call from work followed by a text. As he pursued the text message, he completely forgot about the call that he had just received. He reported that he experiences things like this daily. He is very easily taken off task if interrupted by anything. He forgets his intention easily, and frequently cannot find things he is looking for.  He reported that "I fee like I'm an idiot and I know I am not, but I wouldn't hire me now." He feels that these cognitive symptoms may have become slightly worse over time but are just more noticeable to him because there are less people sensitive to it and helping him.  People have "moved on" and he has to navigate his difficulties on his own more now. He uses some compensatory strategies such as posting big notes and reminders on his refrigerator to help make sure he does not miss appointments or other important things.

Mr. Norman also reported that he recently made a cognitive error that really scared him. He forgot a safety step in a procedure. There were no consequences, but he realized that he could have been hurt or could have caused injury to others, which really concerned him. He indicated that he had never forgotten a procedure before and that he has felt that his 40 years on this job had ingrained in him these procedures. He has more difficulty typically with the "simple things" in relation to work such as scheduling, billing, and payroll. He will do it and the next day be unsure whether he did everything he needed to. He will then go back and check to make sure everything was done. He provided another example of taking a phone call to provide an estimate for someone. He made notes and took pictures, and then forgot about it. A week later he came upon it, but by the time he called the potential client back, the client indicated that he had moved on because he had not heard back. He reported that he forgets dozens of things everyday until something triggers his memory for it. His wife is also aware of his memory difficulties and is one of his biggest helpers. She will call and remind him about things regularly.

Physically, Mr. Norman indicated that he is doing okay. He reported that he is "an old guy doing a young guy's job". He experiences some general wear and tear and relies on a helper at work a lot more for the heavier things. He does feel more tired and worn out than he used to. He now needs the weekends to recuperate if he works a full week. He does not blame this on the MVC. He reported that his sleep is "terrible". He wakes up regularly and typically does not sleep longer than two hours at a stretch. When he wakes up, he may wonder if he forgot something related to work. He does not get overly consumed with it, but it will take him about 30 minutes to fall back to sleep.

Emotionally, Mr. Norman reported that his mood is up and down. When he recognizes that he made some type of cognitive error, he will often swear at himself and get down. But he is able to "get back on the horse" and move on. This may take five minutes, or it may take five hours. He reported making work related mistakes "pretty demoralizing"

CONFIDENTIAL

Client's Name:  Brad Norman

DOE: 01/20/20
Page: 4

sometimes. He also indicated that he knows there is "good stuff" as well including his wife and children. He also enjoys most aspects of working and plans to continue to work as long as he can. He did express some worry about continuing to be safe driving vehicles long distances and operating his boat. He reported that he decided that he should not try to return to flying again.

He expressed significant distress following the previous neuropsychological evaluation. He felt that he did poorly and was presented with increased awareness of his difficulties after struggling on some of the measures. He reported that he and his wife cried in the truck afterwards about it. However, he resolved not to let it devastate him in the long run and reported that he has not felt that badly since.

## Other Relevant Past History:

His history is detailed in the previous report. He denied any additional medical problems or diagnoses since the previous evaluation.

Briefly, to summarize the information from the previous report, Mr. Norman indicated no significant medical problems other than some physical wear and tear on his knees. He reported one previous potential concussion that occurred in 1973 from a motorcycle accident.

Mr. Norman is a high school graduate and denied any difficulties in school. He has worked in the concrete cutting and demolition business for the past 41 years. He has owned his own business since 1993 and runs all of the business aspects himself. In the past, he also owned a restaurant, which he closed in 2011.

Mr. Norman currently lives with his wife of more than ten years. He has three grown children from a previous marriage. All are healthy and doing well.

## BEHAVIORAL OBSERVATIONS:

Mr. Norman arrived on time and alone to his appointment. He drove himself to and from the appointment. His wife did not accompany him this time, as she was ill. He was dressed and groomed neatly and appropriately in casual attire. Rapport was easily re-established, and he was friendly and cooperative throughout. His overall mood appeared euthymic with a normal and appropriate range of affect observed. He indicated that he felt very badly after the previous evaluation, and that he was resolved not to feel that way this time.

The testing was administered primarily by a psychometrist and was completed across a single day of testing. He was able to adequately attend, understand directions, and work at a reasonable pace. The testing was completed in three hours (after the interview) and he tolerated it well.

CONFIDENTIAL

## SUMMARY OF FINDINGS:

*The following is a brief summary and qualitative interpretation of test scores in the context of clinical observation and history.   The results are based on normative data, allowing comparisons to individuals of the same age.  A visual graph of the results appears as an appendix to this report.  On this graph, the horizontal midline represents the 50th percentile or average level of functioning. The data from the previous evaluation in 2018 is also included on this graph for comparison.*

### Measures Administered:

- Beck Anxiety Inventory
- Beck Depression Inventory-II
- Benton Judgment of Line Orientation
- California Verbal Learning Test-2 (Alternate form)
- Delis-Kaplan Executive Functioning Systems (Sorting test)
- Green's Word Memory Test
- NAB Numbers and Letters Test (Form 2)
- Paced Auditory Serial Addition Test
- Taylor Complex Figure Test
- Wechsler Adult Intelligence Scale-IV (WAIS-IV; selected subtests)
- Wechsler Memory Scale-IV (WMS-IV; selected subtests)

**Effort, Motivation and Validity of Obtained Results:**  Mr. Norman appeared to put forth good effort throughout the evaluation.  He performed within normal limits on all formal and embedded measures of effort, motivation, and performance validity.  He met validity standards.

**Premorbid Ability and Current Intellectual Functioning:**  On the previous evaluation, Mr. Norman scored in the High Average range on a single word reading test, one measure of premorbid ability (TOPF = 79th percentile). On the 2018 evaluation, his Full Scale IQ and General Ability Index scores were in the Superior range (FSIQ = 91st percentile, GAI = 93rd percentile), with his Verbal Comprehension Index and his Perceptual Reasoning Index in the High Average range (VCI = 88th percentile, PRI = 90th percentile).  These full measures were not repeated.

**Attention/Concentration and Working Memory:** Mr. Norman was able to sustain his attention adequately throughout the evaluation. On the 2018 evaluation, his auditory working memory abilities were in the Superior range (WMI = 95th percentile), and these measures were not repeated.

A measure of visual attentional speed and efficiency was administered on both evaluations, with an alternate form on the current evaluation. He showed some slight improvements in 2020 compared to 2018. His overall attentional speed was very similar on both evaluations and in the Average range (2020 NAB Part A Speed = 69th; 2018 =

CONFIDENTIAL

66th percentile), but he made fewer attentional omission errors in 2020 (2020 NAB Part A Errors = 84th; 2018 = 34th percentile).  His other attentional efficiency measures were similar but slightly improved in 2020 and within the Average to Above Average range on both evaluations (2020 Part A to Part D Efficiency = 62nd to 95th percentiles; 2018 = 42nd to 86th percentile).  He continued to have more difficulties on a divided attention component of the task, but also showed slight improvement (2020 Part D Disruption = 27th; 2018 = 10th percentile).

On a complex measure of divided and sustained auditory attention, he also showed some improvements into the Average range at both the slower and faster speeds (2020 PASAT 3' = 66th percentile, 2018 = 20th percentile, 2020 2' = 62nd percentile; 2018 = 30th percentile).

**Processing Speed**:  On an overall measure of processing speed, Mr. Norman's score remained in the Average range, which is below expectation given his other intellectual abilities, but he showed a slight improvement (2020 PSI = 69th percentile; 2018 = 50th percentile).  On the previous evaluation, he showed intact performances on other speeded measures and these were not repeated (2018 Trail Making Part A = 83rd percentile; Trail Making Part B = 80th percentile; DKEFS Color Naming = 95th percentile, Word Reading = 91st percentile).

**Learning and Memory**:  Mr. Norman's learning and memory for auditory information remained notably below expectation with his overall Auditory Memory Index still in the Low Average range (2020 AMI = 21st; 2018 = 16th percentile).  He showed a slight improvement on the initial trial of a story recall task (2020 Logical Memory I = 25th; 2018 = 9th percentile), with a similar Low Average performance on the delayed recall portion (2020 and 2018 Logical Memory II = 16th percentile).  His performance on a list learning task (alternate form) was unchanged and remained below expectation for the initial trial and total learning (2020 and 2018 CVLT-2 Trial 1 = 31st percentile; 2020 and 2018 -2 Total = 21st percentile). He continued to retain the information learned, with both short and long delay recalls also at the 31st percentile on both evaluations.  His recognition memory for the information remained below expectation, but slightly improved in 2020 (2020 Recognition Memory = 2nd; 2018 = < 1st percentile).

He performed better on an alternate form of a visual memory task than he did in 2018.  He was able to recall the figure well after both a short and longer delay on the current evaluation, improving from an impaired performance in 2018 into the High Average range in 2020 (2020 Taylor Figure Immediate = 73rd percentile; 2018 Rey Figure = 8th percentile; 2020 Taylor Delayed = 86th percentile; 2018 Rey Complex Figure Delay = 3rd percentile).

**Visuospatial/Perceptual Functioning:**  On the previous evaluation, Mr. Norman scored in the High Average range on overall Perceptual Reasoning Index. This was not repeated. However, one subtest, which was his weakest performance in 2018 (Block Design) was repeated and he scored slightly lower on the current evaluation (2020

CONFIDENTIAL

Block Design = 25th percentile; 2018 = 50th percentile). His ability to judge the distance and orientation of line segments improved into the High Average range on the current evaluation (2020 JLO = 72nd percentile; 2018 = 40th percentile). His ability to copy a complex geometric figure was also improved from an impaired performance in 2018 into the Average range on 2020 (2020 Taylor Figure Copy = 42nd percentile; 2018 Rey Figure = < 1st percentile).

**Speech and Language**: On the previous evaluation, Mr. Normal scored very well on measures of language and verbal fluency and these were not repeated (2018 BNT = 60/60; 2018 COWAT = 99th percentile; 2018 Category Fluency = 96th percentile).

**Executive Functions/Problem Solving:** On the 2018 evaluation, Mr. Normal scored within normal limits on all measures of executive functioning that were administered including cognitive flexibility (Trails B = 80th percentile) inhibition, and inhibition/switching (DKEFS Inhibition and Inhibition/Switching = 91st percentile), and higher-level abstract reasoning and problem-solving (Category Test = 54th percentile). These were not repeated. In 2018, he did show some difficulty with visual planning and organization on a geometric drawing task (Rey Complex Figure = < 1st percentile). An alternate form was administered on the current evaluation and he scored within normal limits (2020 Taylor Figure = 42nd percentile). An additional problem solving task was also administered in 2020 and he performed in the Average range on all subtests (DKEFS Sorting = 75th percentile).

**Motor/Sensory Functions**: Mr. Norman's overall fine motor speed and dexterity was at least Average bilaterally (Grooved Pegboard RH = 77th percentile, LH = 72nd percentile).

**Psychological/Personality Functioning**: Mr. Norman completed the Beck Anxiety Inventory (BAI) and Beck Depression Inventory-2 (BDI-2), self-report measures of anxiety and depression respectively on both evaluations. On the previous evaluation, he scored in the normal range on both measures. On the current evaluation, he reported more symptoms of depression and scored in the Mildly Depressed range and continued to deny any significant symptoms of anxiety. On the BDI-II he reported some discouragement and loss of interest, as well as increased fatigue and sleep difficulties.

## SUMMARY and DIAGNOSTIC FORMULATION:

Mr. Norman is a 61-year-old male who was involved in a motor vehicle collision on 02/03/2017 that resulted in significant damage to both vehicles. Mr. Norman believes he lost consciousness briefly, with a blank spot in his memory, and was also dazed and disoriented following the collision. He was diagnosed with a concussive brain injury and has had some continued cognitive concerns. A previous neuropsychological evaluation was conducted on 09/10/18 and found evidences of some ongoing cognitive difficulties primarily in the area of attention and memory, in the context of high premorbid cognitive abilities. The current evaluation was requested to determine whether there has been

CONFIDENTIAL

any improvement over time and the nature and degree of any residual difficulties.

Mr. Norman's premorbid abilities and intellectual abilities were found to be in the High Average to Superior range (>80th percentile) on the previous evaluation. He showed improvements on some of the measures since the 2018 evaluation, but several areas of weakness remained. The following summarizes the findings:

- **Memory and Learning**:  On the 2018 evaluation, memory and learning were the area of most significant difficulty. On the current evaluation, he showed improvement on a measure of visual incidental learning, perhaps in part due to practice effects (delayed recall improved from 3rd to 86th percentile). However, he continued to show difficulties on measures of auditory learning and memory. His overall Auditory Memory Index remained in the Low Average range (21st percentile). This included continued reduced performance on a story memory task and list learning task.

- **Attention**:  On the current evaluation, he made fewer attentional errors on a visual attention task and showed a slight improvement on both auditory and visual divided attention tasks, although his performance remained below expectation especially on the visual divided attention task (27th percentile).

- **Visual Spatial Functioning**:  Mr. Norman showed significant improvements on visual spatial measures including both visual spatial judgment (from 40th – 72nd percentile) and on a visual organization and planning task (from 1st to 42nd percentile).

- **Psychological and Emotional Functioning**:  Mr. Norman is reporting a slight increase in his symptoms of depression, with a mild degree of depression endorsed. There was no evidence of significant anxiety.

At this time, Mr. Norman continues to reach criteria for a diagnosis of Mild Neurocognitive Disorder due to traumatic brain injury (DSM-5 331.83). He continues to have reductions in attention and memory on formal testing and continues to report evidence of these symptoms in his daily life. He also meets criteria for an Unspecified Adjustment Disorder (DSM-5 309.9), with primarily symptoms of frustration and depressed mood associated with his ongoing cognitive difficulties.

Based on the current and previous neuropsychological evaluations, including the records reviewed, Mr. Norman suffered from a mild traumatic brain injury/concussive brain injury in the MVC that occurred on 02/03/17. As a result, he has had the continue symptoms and diagnoses listed above. These were caused by the 02/03/2017 MVC on a more probable than not basis.

CONFIDENTIAL

## PROGNOSIS and IMPACT on FUNCTIONING

Mr. Norman is now almost three years post-MVC. He showed some additional cognitive recovery over the past year 16 months but is left with some residual cognitive and emotional changes. At this time, his symptoms are likely fixed and stable from a neurocognitive perspective. He has been able to continue to work but has implemented some accommodations and his work is not up to his previous level. He will have to continue to use these accommodations and make adjustments accordingly in his daily and occupational functioning.

## RECOMMENDATIONS

Based on the results of this evaluation, the following recommendations are offered:

1. Medical Follow-up: Mr. Norman should continue to follow-up with medical providers as needed for any remaining physical symptoms, although these have mostly resolved.
2. Cognitive Remediation: Mr. Norman has been able to successfully implement many of his own strategies and accommodations. Some sessions of cognitive remediation therapy should remain available to him if he would like any assistance with this in the future.

3. Psychological Functioning: Although Mr. Norman is doing fairly well from a psychological perspective, he has experienced some ongoing adjustment and mild mood changes in response to this MVC. Psychotherapy services should be available to him as needed.

4. Neuropsychological Follow-up: A follow-up neuropsychological evaluation is not likely needed in relation to his current functioning, as he is fixed and stable. However, an additional evaluation should remain available to him in the future in case any additional concerns arise.

Thank you for the opportunity to participate in this evaluation. The above opinions are based on the information available at the time of this evaluation. I reserve the right to alter my opinions and case formulation if additional information becomes available in the future.

*Martha Glisky, Ph.D. ABPP-Cn*

Martha Glisky, PhD., ABPP-CN
Licensed Clinical Psychologist
Board Certified in Clinical Neuropsychology

*Visual graph attached.*

CONFIDENTIAL



# NEUROPSYCHOLOGY & COGNITIVE HEALTH

Phone: 425-502-8341
Fax: 425-502-8731
1808 Richards Rd., Suite 120
Bellevue, WA  98005

# FAX:

| To: | Sunshine Bradshaw | From: | Dr. Glisky |
|---|---|---|---|
| **Fax:** | 360-397-0406 | **Pages:** | 12  (including cover) |
| **Phone:** | | **Date:** | **5/21/20** |
| **Re:** | B. Norman final report and final billing | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

Thank you!


Please call me at 425-502-8341 if do not receive all of the pages clearly.

Thank you.

**Attention:**  This message is confidential and is intended for the sole use of the individual or entity to which it is addressed.  If the reader of this message is not the intended recipient or is not responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Neuropsychology & Cognitive Health

# Invoice

1808 Richards Rd
Suite 120
Bellevue, WA 98005

| Date | Invoice # |
|------|-----------|
| 5/18/2020 | 311 |

**Bill To**

Warrior Woman Law, PLLC
3965 Bethel Rd SE, Suite 1 #302
Port Orchard, WA  98366

| Patient Name | Terms |
|--------------|-------|
| Brad Norman | Due on receipt |

| Date of Service | Description | Quantity | Rate | Amount |
|-----------------|-------------|----------|------|--------|
| 1/20/2020 | Brief Forensic Repeat Neuropsychological Evaluation (including Interview, testing, interpretation time, report writing & record review) | 1 | 3,600.00 | 3,600.00 |
| 12/12/2019 | Deposit for Forensic Evaluation | | -2,000.00 | -2,000.00 |

| | **Total** | | | $1,600.00 |
|---|---|---|---|---|

Tax Id:27-3390260; please call 425-502-8341 if you have any questions. Thank you!

| **Payments/Credits** | $0.00 |
|----------------------|-------|
| **Customer Total Balance** | $1,600.00 |

1/20/20   Brad Norman

9:00 - 9:45

- drove here Tu
  a.m - ~3hrs
      arrived

In general
  - thankful to be here
  - wonderful wife
  enjoy work + guys

But dealing w/ stuff that is
            a nightmare

  Understand that since 3yrs
    - being patient
  but still battling process
  of own life & what's happening
    inside me
    - real battle b/c still
  not who I used to be
    so frust* - not angry - that
  leads to an unpleasant
  Outcome - snappy
    - trying to catch self - not
  went to dr

Simple things - got call for work
  & then another text + had to
    scroll in + forgot about the

1st call - fight that everyday

Easily taken off task & interrupted

  - forget intention

  - can't find it - 5 things

  causes

  Feel like I'm an idiot ∨
     I know I'm not ±
  "I wouldn't hire me now before
      I would had "

  - v. challenge

Feels like maybe slightly
   worse
     - slow progressing of
   deficiency
     "a tad worse " - dk why

       └ may be in beginning
There were more pple sensitive to
problem around me - life goes on,
so maybe on my own more —

②

navigate through problem
myself more
— pple have moved n
— I get it but might
be why

Fridge — notes on it so I
look @ everyday
— big print like Kindergarten
"APPT — 1/20 — Dr Blisky"

Work

Physically — hourly ovm
— old guy dum young guys
job

Mentally — made error — scared
me
— forgot a safety step
in a procedure
— could get hurt u hurt some

NEVER forgotten procedure B/4

Have historical knowledge on job
b/c 40 yrs - ingrained in me
so df

Simple thup

schedule, billing, payroll
- do it + then ask self next day
if did all (4 or 5) + go back +
cheek

- never an issue B/4

Forget dozens of thup everyday
until st. causes to rem
- one step finished - 2 steps back

Wife would say?

- get more frustrated
& not as happy maybe

- memory → shes one of biggest
helpers.

③

She will call & constantly
reminding him about
daily things

      —notices things & tries to
help

Can
call   Julie : 360-461-7583

        └ she's sick so didn't come
today

Mood   — good / bad / good / bad

        up + down

When recog just did st again,
will swear @ self + get
down
            —get back on horse
Whether 5 mn or 5 hr
problem.

ie: ph. call for estimate
        —lengthy —needed to
work @ it, took pics, made
notes, then went thru

yr dog week later screwly
through + saw it
didn't give him #

Called back - guys screw
"didn't hear back, screw
to someone else"

- pretty demoralizing
- not end of work
-$55 K.      but things
of that happens
+ clients + crew will
lose faith + won't
have a business

Good stuff - good rel'ship w/ wife
+ kids
Dtr grad law school soon

Lots of sweetness in life.

No intent of retiring - wish to
stay working as long as can

Want to open restaurant but worried

④

Get asked all the time to
re-open - it was fun
questioning it

Thought abt flyn again +
realized can't do it
b/c of all check list
- can't do it

Nervous abt boat - 30 ft,
a lot goin on esp in
remote waters -
- questioning procedure +
process abt things on boat
- not havn it up yet but
wonder if should keep it
→ don't wont to but if safe
I will
- thinks abt getting no
of big boat
- or in small boat
pullen

Feel safe drivin Vehicle
└ longer distance
phin car

Get through but lots of
obstacles +
Less confident

<u>Physical</u>
just normal stuff
∅ meds, ∅ old injury
just wear + tear from work
– use helper a lot for v.
heavy thing

tired • worn out – now
need Sat/Sun to recuperate.
✓ – used to be more able
→ just time caught
Work M-F                                up w/ him
– don't blame w
MNC.

(5)

Any new med dx

f/u - couple wks ago
(rescheduled)

No tx

- massage 1x/wk just for gen physical - just b/c work tighten y
- been doing 1½ yrs & helps a lot.

Sleep - terrible.

- wake up constantly
- 2 hours @ a stretch
wake up & wonder if forgot st - ie "didn't lock door, do payroll, shut gate, fill up tires"

fall back in 30 min

Wake up again - maybe to go to bathroom, but start thinking again

Don't worry on get consumed
by it

Just wonder - what did
I forget
- that's my work.

Depos.
- Name Julie Anne
- mis-spelled Ann
- had ~~been~~ boat names
that
- wife - teared up - so
really felt badly b/c
knew I hurt her

After eval. last time
- walked out ready to
end it b/c showcased how
poorly I did.

- both cried in truck
- went & got drunk &
they stayed in hotel.
- woke up - won't let it
devastated me long term
- haven't felt that way since bill

that experience revealed
how incapable I
was
— tore me up
shitty day

Test hunt most
→ verbal list of items
abt 2 difft stories
+ key words — which
story were they from
40-50 words
— realized that
couldn't recall them
easily
→ knew did well
on recognition
but w/o trigger cont
pleased.

Prepared today
— you're goin to ruin
my day — but I am ready
⤷ you're not goin to today,
understand me

**noridian**
Healthcare Solutions

**Noridian Healthcare Solutions, LLC**
P.O. Box 6713
Fargo, ND 58108-6713

320031190_300000263

MEDICARE
REMITTANCE
ADVICE

1-877-908-8431

**Return Service Requested**

1 of 1 F

ENV8135

AUTOALL FOR AADC 980

8135 1 AB 0.416

MARTHA L. GLISKY PHD                65
23819 SE 44TH CT
SAMMAMISH, WA 98029-6523

| | |
|---|---|
| NPI: | 1992872139 |
| PAGE #: | 1 of 1 |
| DATE: | 04/14/20 |
| CHECK/EFT #: | 320031190 |

Save time and money and get more detailed information by receiving the
Electronic Remittance Advice (ERA) also known as the 835 (5010) Payment
Advice. The ERA is a notice of payments and adjustments sent to providers,
billers and suppliers and explains the reimbursement decisions of the payer.
Go to http://www.edissweb.com/ to learn how to register for ERA.

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME TALBOT, MARY | | | | MID 7327H71TW47 | | ACNT 1184 | | | ICN 1120100113070 | ASG Y  MOA N257  N704 | |
| 0709 | 070919 | 11 | 1.0 | 96116 | | 300.00 | 0.00 | 0.00 | 0.00 CO-16 | 300.00 | 0.00 |
| REM: N257 N704 | | | | | | | | | | | |
| 0709 | 070919 | 11 | 1.0 | 96136 | | 150.00 | 0.00 | 0.00 | 0.00 CO-16 | 150.00 | 0.00 |
| REM: N257 N704 | | | | | | | | | | | |
| 0709 | 070919 | 11 | 1.0 | 96137 | 59 | 750.00 | 0.00 | 0.00 | 0.00 CO-16 | 750.00 | 0.00 |
| REM: N257 N704 | | | | | | | | | | | |
| 0709 | 070919 | 11 | 1.0 | 96132 | | 300.00 | 0.00 | 0.00 | 0.00 CO-16 | 300.00 | 0.00 |
| REM: N257 N704 | | | | | | | | | | | |
| 0709 | 070919 | 11 | 1.0 | 96133 | 59 | 300.00 | 0.00 | 0.00 | 0.00 CO-16 | 300.00 | 0.00 |
| REM: N257 N704 | | | | | | | | | | | |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 1800.00 | 0.00 | 0.00 | 0.00 | 1800.00 | 0.00 |
| | | | | | | | | | | NET | 0.00 |

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1800.00 | 0.00 | 0.00 | 0.00 | 1800.00 | 0.00 | 0.00 | 0.00 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO      Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
        not be billed for this amount.
16      Claim/service lacks information or has submission/billing error(s).  Usage:  Refer to the 835
        Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if
        present.
N257    Missing/incomplete/invalid billing provider/supplier primary identifier.
N704    Alert: You may not appeal this decision but can resubmit this claim/service with corrected
        information if warranted.



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Joint Costs Account**
569 Division Street, Suite D
Port Orchard, WA 98366
(360) 550-5276
(360) 895-1555

Kitsap Bank
98-290/1251

07/23/2020

PAY TO THE
ORDER OF _____ Neuropsychology and Cognitive Health _____     $ **1,600.00

One thousand six hundred and 00/100********************************************************************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Neuropsychology and Cognitive Health

MEMO

Neuropsychology & Cognitive Health

1808 Richards Rd
Suite 120
Bellevue, WA 98005

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/18/2020 | 311 |

**Bill To**

Warrior Woman Law, PLLC
3965 Bethel Rd SE, Suite 1 #302
Port Orchard, WA  98366

| Patient Name | Terms |
|--------------|-------|
| Brad Norman | Due on receipt |

| Date of Service | Description | Quantity | Rate | Amount |
|-----------------|-------------|----------|------|--------|
| 1/20/2020 | Brief Forensic Repeat Neuropsychological Evaluation (including interview, testing, interpretation time, report writing & record review) | 1 | 3,600.00 | 3,600.00 |
| 12/12/2019 | Deposit for Forensic Evaluation | | -2,000.00 | -2,000.00 |

| | |
|---|---|
| **Total** | $1,600.00 |

Tax Id:27-3390260; please call 425-502-8341 if you have any questions. Thank you!

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Customer Total Balance** | $1,600.00 |

CASH ONLY IF ALL Check-Lock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**WARRIOR WOMAN LAW, PLLC**
3965 Bethel Rd SE, Suite 1 #302
Port Orchard, WA 98366
206-780-6292
sunshine@warriorwomanlaw.com

12/12/2019

Kitsap Bank
19-2901/251

$ **4,500.00

PAY TO THE
ORDER OF     Neuropsychology and Cognitive Health

Four thousand five hundred and 00/100******************************************************** DOLLARS

Neuropsychology and Cognitive Health
1808 Richards Rd, Suite 120
Bellevue, WA 98005

MEMO

PROTECTED AGAINST FRAUD

# WARRIOR WOMAN LAW, PLLC

3965 BETHEL RD. SE, SUITE 1-302
PORT ORCHARD, WA 98366
TEL: (360) 550-5276 • (206) 790-6292
FAX: (360) 397-0406
SUNSHINE@WARRIORWOMANLAW.COM

December 12, 2019

Martha Glisky, PhD
Neuropsychology and Cognitive Health
1808 Richards Rd., Suite 120
Bellevue, WA  98005

Re:     Norman, Brad / Payment for Follow-up Evaluation and Deposition Deposit

Dear Dr. Glisky:

Enclosed, please find check number 1102 in the amount of $4,500.00 ($2,000 for payment of January 6, 2020 follow-up evaluation of Brad Norman plus $2,500 for the deposit for your February 27, 2020 deposition).

We will forward you a copy of the Notice of Deposition soon.

Please contact us should you have any questions or concerns.

Sincerely,

Cherise Seibert,
Assistant to *Sunshine M. Bradshaw*
Attorney at Law

## NEUROPSYCHOLOGY & COGNITIVE HEALTH

1808 Richards Rd., Suite 120 • Bellevue WA 98005 • Phone: 502-8341

*Initial Date of Contact to schedule:* _____ **by** <u>Phone</u>   OR   (Email)

**Provider:   MG**

**Patient Name** <u>Brad Norman</u>   **Date Scheduled:** 1/6/20 @ 10.30 am

**Date of Birth:** _____   *selective testing + interview*

**Preferred Phone Number:** <u>360 - 550 - 5276</u>

**Primary Person of Contact:** <u>Cherise Seibert (assistant)</u>

**Reminder Call/Email:** _____

Referring doctor/(attorney:) <u>Shonshine Bradshaw</u>

Clinical or Legal Case: <u>Legal</u>

Date of Injury or Onset: _____

Primary Concerns/Reason or testing:_____

_____

Previous NP? <u>Yes</u>   Completed By: <u>Glisky - 2016</u>

Is English their primary language? Yes: _X_ No: _____

Insurance:

Subscriber Name/DOB:

ID #: _____   Group #: _____

☐ Paperwork Sent:   (Email)   OR   Mail

  ○ Date Sent: _____

☐ Clinical Referral/Records Received:

  ○ Date Received : _____

☐ Legal Case Records Received:   Email   OR   Mail

  ○ Date Received: _____

☒ Pre-pay for Legal Case Received: Yes

  & Date Received: 12/12/19

**Patient Name:** Brad Norman    **Billing Diagnosis Code:**

**Date of Birth:**

**Referral Source/Attorney:**

| Date | Time | Billing Code | Tasks |
|---|---|---|---|
| 1/20/20 | 9:00-9:30 | 96116 (1) | *Interview* |
| | 9:30-10:00 | 96138(1) | WAIS BD, MSVT, BAI |
| | 10:00-12:30 | 96139 (5) | WAIS65 (D) MSVT Delay, BDI, PASAT, CVLT-II, NAB, WMS LMI, WMS LMII, JLO, Taylor Complex Figure |
| | 12:30-1:30 | 96139(2) | Scoring |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Billing Codes:**  96116 – Neurobehavioral Status exam (per hour)
96138 - 1st 30 min-Psychometrist
96139- each add'l 30 mins Psychometrist including scoring
96132 – 1st hour- Prof. Neuropsychological interpretation, feedback and writing
96133- each add'l hour-Prof Neuropsychological interpretation, feedback and writing
96136- 1st 30 min- Prof. testing
96137- each add'l 30 mins Prof. testing
90834/90837 – Psychotherapy

**Testing Breaks:**        **Time**            **Total Minutes**

**Report Send Log**

| Provider/Client | Method | Date Sent |
|---|---|---|
| | Email /Fax / Mail | |
| | Email / Fax / Mail | |
| | Email / Fax / Mail | |
| | Email / Fax / Mail | |

| Date | Time | Notes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Clinician Telephone Log**



# MARTHA L. GLISKY, PH.D.
## NEUROPSYCHOLOGY & COGNITIVE HEALTH
1808 RICHARDS RD., SUITE 120
BELLEVUE, WA 98005
(425)502-8341

## INFORMED CONSENT CONTRACT for LEGAL/FORENSIC EVALUATIONS

This Forensic Neuropsychological Evaluation is being conducted at the request of:



Sunshine Bradshaw

and is therefore somewhat different than other purely clinical services. It is important for you to understand how an evaluation requested by an attorney can differ from a purely clinical psychological or neuropsychological evaluation.

While the results of this evaluation may or may not be helpful to you personally, the goal of this evaluation is to provide information about how you are functioning neuropsychologically and psychologically to the individual or agency requesting the evaluation.

In most cases, this evaluation is intended for use in some type of a legal case. As such, the confidentiality of the evaluation and the results are determined by the rules of that legal system. If your attorney has requested this evaluation, he/she will receive a copy of my report and will determine how it is to be used and who has access to it.

Normally, the results of this evaluation are protected by the attorney-client privilege. Exceptions to this might include a determination on my part that you are dangerous to another person or if you reveal information that a child has been abused. I would also have to release this information if a court orders me to do so. There may be other examples where the laws require me to release the information obtained during the evaluation. We will discuss these situations on a case-by-case basis.

Once a decision has been made to use the report in a legal proceeding, the report and any information pertaining to it will probably be admissible into evidence as well as any other information that was provided concerning your psychological and neuropsychological functioning. The raw data obtained during this evaluation is protected separately and will only be released to another qualified neuropsychologist. If you have any concerns about the use or distribution of my report, you should discuss these issues carefully with your attorney.

If someone other than your attorney requested the evaluation, that individual is my client and he/she has complete authority over the results, including whether or not any information will be released to you or to anyone else. In addition, because the evaluation was requested by another party, and is not for the purpose of treatment or counseling, the confidentiality may have fewer legal protections. I will not release the information unless instructed to do so by the person or entity that hired me or when I am legally required to do so.

Your participation in this evaluation is voluntary. I will not conduct the evaluation without your signature on this document. You also have the right to stop the evaluation at any time. **It is very important that you give your full and honest effort throughout the evaluation. If you do not do so, the evaluation may not be helpful to you, and can have a negative impact on your case**. There may be legal consequences if you stop the evaluation or do not put forth sufficient effort; therefore, it would be in your best interest to consult with an attorney before doing so. However, if you are unable to continue to the evaluation, we will make all efforts to schedule an additional appointment to return for completion. The evaluation itself consists of two separate parts: an oral interview and neuropsychological testing. The testing portion is typically quite lengthy and lasts a full day. In addition, it may be necessary for me to review other related materials such as court records, depositions, transcripts, medical records, etc.

If, at any time, you have a question about any aspect of the evaluation or these procedures, pleased feel free to ask me. In addition, if at any time you need a break from the evaluation, please let me know and we will stop. Once the evaluation is completed, and with the permission of the requesting party, I may be able to have a meeting with you to explain the results and answer any questions you might have.

I have read and agree to the above: _____

Date: ___1/20/20___   Printed Name: ___BRAD NORMAN___

Rev: 12/16

Patient Name: _____Brad Norman_____

Law Firm/Attorney: _____Warrior Woman Law_____

DOB: _____08/21/1958_____        DOS: _____01/20/20 (Re-Eval)_____

## RECORDS RECEIVED

| Date Received | Description of Records | Location |
|---|---|---|
| 2018 | Hardcopy of medical records, binder clipped together. | With patient's 2018 chart |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Payment Records

| Date Invoice Sent | Date Received | Payment Description |
|---|---|---|
|  | 12/12/2019 | Payment for re-eval and DEPO |
| 5\21\20 |  | Final NP payment for re-eval |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |