UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAD NORMAN,<br><br>    Plaintiff,<br>  v.<br><br>TRAVELERS INDEMNITY COMPANY,<br><br>    Defendant. | CASE NO. 20-CV-01250-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' stipulated motion for dismissal. Dkt. No. 63. Pursuant to the parties' agreement, this action is dismissed with prejudice and without costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 29th day of February, 2024.

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1